UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MICHAEL R. WASHINGTON,                                                    Plaintiff,

v.                                                         Civil Action No. 3:17-cv-170-DJH-CHL

PERSONAL FINANCE COMPANY, LLC,
and TRANS UNION, LLC,                                                   Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Michael R. Washington and Defendant Trans Union, LLC having filed a stipulation of dismissal with prejudice as to Washington's claims against Trans Union (Docket No. 11), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Washington's claims against Trans Union are **DISMISSED** with prejudice.  The Clerk of Court is **DIRECTED** to terminate Trans Union, LLC as a defendant in the record of this matter.

This Order does not affect any other defendant.

June 13, 2017

**David J. Hale, Judge**
**United States District Court**

1