UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MICHAEL R. WASHINGTON, Plaintiff,

v.  Civil Action No. 3:17-cv-170-DJH-CHL

PERSONAL FINANCE COMPANY, LLC  Defendants.
and TRANS UNION, LLC,

\* \* \* \* \*

### ORDER

Plaintiff Michael R. Washington has filed a notice of voluntary dismissal purporting to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Docket No. 16) That rule is inapplicable here, as Defendants Personal Finance Company, LLC and TransUnion, LLC have both served answers to Washington's complaint (D.N. 7; D.N. 8).[1] *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (providing that a plaintiff may voluntarily dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment"). The Court will therefore construe Washington's notice as a request for an order of dismissal with prejudice pursuant to Rule 41(a)(2). Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket. All dates and deadlines are **VACATED**.

February 15, 2018

**David J. Hale, Judge**
**United States District Court**

---

[1] Washington's claims against TransUnion were previously dismissed with prejudice. (D.N. 12)

1